JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSHE GUY, | Case No.: CV 15−5148−DMG (MRWx) |
| Plaintiff, | |
| v. | **ORDER ON DISMISSAL OF ACTION [13]** |
| FEDEX OFFICE AND PRINT SERVICES, INC. AND DOES 1-100, INCLUSIVE, | |
| Defendants. | |

The above-captioned action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear its own attorneys' fees and costs. All scheduled dates and deadlines are VACATED.

DATED: January 7, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE